United States Bankruptcy Court
Central District of California

In re:  
Lilia Estela Alfaro  
    Debtor

Case No. 15-26330-RN  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2　　User: dfrancisC　　Page 1 of 1　　Date Rcvd: Oct 26, 2015  
　　　　　　　　　　　Form ID: van197　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2015.  
db　　　+Lilia Estela Alfaro,　　2545 Tamora Ave.,　　South El Monte, CA 91733-1718  
aty　　+Randolph Ramirez,　　Donald T Dunham & Assoc,　　8632 E Valley Blvd #P,　　Rosemead, CA 91770-1740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2015　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2015 at the address(es) listed below:  
　　　David A Gill (TR)    trusteeECF@dgdk.com, dgill@ecf.epiqsystems.com;DanningGill@Gmail.com  
　　　Randolph  Ramirez    on behalf of Debtor Lilia Estela Alfaro Randolph.Ramirez@yourlegalneeds.net  
　　　United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| In re:<br>Lilia Estela Alfaro | CASE NO.: 2:15–bk–26330–RN |
| | DATE OF FILING: 10/23/15 |
| | CHAPTER.: 7 |

## NOTICE OF DISMISSAL OF CASE IF REQUIRED DOCUMENTS ARE NOT FILED OR SIGNED

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on the above date through the Case Management/Electronic Case Filing (CM/ECF) system without the following documents and/or information as required by FRBP 1007 and LBRs 1002–1 and 1007–1(a):

- ☑ Statement of Social Security Number(s) (Official Form B21) (Individual debtors only) must be submitted in accordance to section 3–6(b) of the Court Manual [FRBP 1007(f); LBR 1002–1]
- ☐ Signature(s) on Petition of Attorney (Official Form B1) [FRBP 9011]
- ☐ Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) [FRBP 9011] [Official Form B1–Page 2]
- ☑ Declaration Re: Electronic Filing (only for electronically–filed petitions)
- ☐ List of Creditors Holding the 20 Largest Unsecured Claims (Official Form B4) (chapter 9 and 11 cases only) [FRBP 1007(d); LBR 1002–1]
- ☐ Declaration Concerning Debtor's Schedules (Official Form B6 – Declaration (Signed))
- ☐ Verification of Master Mailing List of Creditors (Signed) [LBR 1007–1(d)] (Local Form)
- ☐ Master Mailing List of Creditors which must include the name, mailing address, and zip code of each creditor listed in Schedules D,E, and F [FRBP 1007; LBR1007–1(d)] (Local Form)
- ☐ Master Mailing List of Creditors must be uploaded in CM/ECF in text (.txt) format in accordance to section 2– 1(a)(1)(C) of the Court Manual
- ☐ Debtor's actual street address must be provided in addition to any post office box address [LBR 1002–1(a)]

**NOTICE IS HEREBY GIVEN** that the debtor and/or debtor's attorney must submit the above stated documents and/or information within 72 hours from the date of this notice or the case will be dismissed without further notice by the Court.

| BY THE COURT | KATHLEEN J. CAMPBELL, CLERK OF COURT |
|---|---|
| Dated: October 26, 2015 | By: Dawnette Francis<br>Deputy Clerk |

ndcrnf–van197 (06/2014)    3 / DFG